IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00167–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SHAWN JONES,
      a/k/a Shawn D. Jones,
      a/k/a Shawn D. Ross,

      Defendant.

---

**SECOND ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **September 17, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

      **ORDERED** that the deadline for filing all motions is <u>August 10, 2007</u>. All responses shall be filed by <u>August 17, 2007</u>. A hearing on the motions will be scheduled at a later date, if necessary. A hearing on the motions, if necessary, is set for **August 23, 2007**, at 9:00 o'clock a.m. It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 3:15 o'clock p.m. on Friday, **August 31, 2007**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, August 29, 2007.

Dated: July 25, 2007