IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00167-EWN-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    SHAWN JONES,

       Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is dismissed as to defendant Shawn Jones.

SO ORDERED this 19th day of November, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM, CHIEF JUDGE
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO