IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00167–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN JONES,
    a/k/a Shawn D. Jones,
    a/k/a Shawn D. Ross,

    Defendant.

---

## ORDER

---

    This matter comes before the court on Defendant's motion for reconsideration of his sentence (#50). The court's review of the motion discloses that it lacks foundation in fact or law. In addition, Defendant having filed a notice of appeal, this court's jurisdiction is doubtful. There appears to be nothing to preclude Defendant from raising the substance of the motion as part of his appeal. Accordingly, it is

    **ORDERE**D that the motion be **DENIED**.

    Dated this 8th day of January, 2008.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    Chief United States District Judge