IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    07-cr-00167-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   SHAWN JONES,

      Defendant.

---

## ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the

Honorable R. Brooke Jackson, United States District Judge, on October 21, 2015, it is hereby

ORDERED that Defendant Shawn Jones is sentenced to **TIME SERVED**.

Dated:   October 21, 2015.

BY THE COURT:


/s/   R. Brooke Jackson
R. BROOKE JACKSON,
UNITED STATES DISTRICT JUDGE